**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| B.C., | : | No. 61 WAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| C.P. AND D.B., | : | |
| | : | |
| Petitioners | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is

**GRANTED**. The issue, rephrased for clarity, is:

> Whether the lower courts erred in placing paramount importance on periods of separation in determining that the presumption of paternity was inapplicable, despite the marital couple's reconciliation which predated the third-party's paternity action?